**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUZ ABREU,** | Case No. **CV 19-4537-GW-JEMx** |
| Plaintiff, | **ORDER** |
| vs. | |
| **DIVERSIFIED CONSULTANTS, INC.; and DOES 1-10 inclusive,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated: July 29, 2019.

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE